Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RICARDO GONZALEZ SANDOVAL,<br><br>Defendant. | NO. CR12-81-TSZ-001<br><br>ORDER CONTINUING TERMS OF SUPERVISION AND STRIKING DISPOSITION HEARING ON REVOCATION OF SUPERVISED RELEASE |

THE COURT, having considered the stipulated motion of the parties, finds that that no action is warranted.

IT IS ORDERED that the terms of the defendant's supervision shall remain in full effect and force.

//
//
//
//
//
//
//

Order Continuing Terms of Supervision and Striking Disposition Hearing - 1
*United States v. Sandoval*, CR12-81-TSZ-001

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FURTHER ORDERED that the disposition hearing on revocation of supervised release set for May 4, 2023, is STRICKEN.

DATED this 28 day of April, 2023.

THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Rachel Yemini*
RACHEL YEMINI
Assistant United States Attorney

Order Continuing Terms of Supervision and Striking Disposition Hearing - 2
*United States v. Sandoval*, CR12-81-TSZ-001

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970