The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO GONZALEZ SANDOVAL,<br><br>Defendant. | NO. CR12-81 TSZ<br><br>**ORDER CONTINUING TERMS OF SUPERVISION** |

The Court having found, based on Mr. Sandoval's admission to Violations 1, 2, and 3, that he has violated the terms of his supervised release, HEREBY ORDERS that the term of the defendant's supervision shall be continued with all previous conditions remaining in full effect and force. The August 14, 2025 hearing is STRICKEN.

DATED this 11th day of August, 2025.

THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

Presented by:

Order Continuing Terms of Supervision
(*United States v Sandoval*, CR12-81 TSZ) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*s/ Rachel Yemini*
Rachel Yemini
Assistant United States Attorney

Order Continuing Terms of Supervision
(*United States v Sandoval*, CR12-81 TSZ) - 2