UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICARDO GONZALEZ SANDOVAL,

Defendant.

CASE NO. 2:12-cr-0081-TSZ

**ORDER REVOKING RELEASE AND DETAINING DEFENDANT**

The Court hereby revokes the amended appearance bond and order of release issued on June 2, 2026 and ORDERS Defendant be DETAINED pending his disposition hearing before the assigned District Judge as follows:

Defendant is on supervision for possessing with intent to distribute controlled substances. For over a year, he has struggled with substance abuse. Despite efforts to support Defendant through inpatient and outpatient treatment, Defendant continues to struggle with drug use. He has admitted to testing positive for opioid use and for failing to attend a significant number of substance abuse treatment sessions. Moreover, he stopped responding to the pretrial office's attempts to communicate with him.

The Court accordingly **ORDERS**:

(1) Defendant's amended release order is revoked and Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal.

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 6th day of October, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge